UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:06-CR-112 (1) |
| | ) | |
| DENNIS MALLORY | ) | |

## ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on August 7, 2007 [Doc. No. 34]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Dennis Mallory's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   October 9, 2007

　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　Chief Judge, United States District Court
　　　　　　　　　　　Northern District of Indiana